IN THE COURT OF CRIMINAL APPEALS


OF TEXAS






NO. AP-75,394






EX PARTE MELVIN CORNELIUS BELL, Applicant






ON APPLICATION FOR A WRIT OF HABEAS CORPUS


 CAUSE NO. 88441-A IN THE CRIMINAL DISTRICT COURT

JEFFERSON COUNTY





 Per Curiam.

O P I N I O N





 This is a post-conviction application for a writ of habeas corpus forwarded to this
Court pursuant to Tex. Code Crim. Proc. art. 11.07. Applicant was convicted of the felony
offense of evading detention, and punishment was assessed at ten years imprisonment. 
Applicant appealed, and his conviction was affirmed. Bell v. State, No. 09-04-00012-CR
(Tex. App. -- Beaumont, delivered January 22, 2004, no pet.).

 Applicant contends that his plea of guilty was rendered involuntary due to the
ineffective assistance of his counsel. The record reflects that counsel erroneously informed
Applicant that, in exchange for his plea of guilty, this sentence would run concurrently with
another sentence. The Applicant is entitled to relief.

 The judgment in cause number 88441-A in the Criminal District Court of Jefferson
County is vacated, and the Applicant is remanded to the custody of the Sheriff of Jefferson
County to answer the charges set out in the indictment.

 Copies of this opinion shall be sent to the Texas Department of Criminal Justice,
Correctional Institutions and Parole Divisions. 

DELIVERED: May 3, 2006

DO NOT PUBLISH